IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| ALFONZO WILLIAMS, | ) ) | CIVIL ACTION NO. 11-00564-N |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| SOUTHERN HAULERS, LLC, | ) ) | |
| Defendant. | ) | |

ORDER

This action is before the undersigned on a motion (docs. 47-48) filed by the intervenor-plaintiff, Alfonzo Williams, to quash six (6) subpoenas intended to be issued by the defendant, Southern Haulers, LLC ("Southern Haulers") to former employers of Williams, namely Whitehead Trucking, Inc., Johnson Brothers Logging Company, Johnson John Lee Logging, J.R.'s Trucking, Inc., MSJ Trucking, Inc. and Wheelwright Trucking, Inc, seeking.  In each of the challenged subpoenas, Southern Haulers seeks:

> The personnel records of Alfonzo Williams, Social Security No.: TI , DOB: t fl, including employment applications, resumes, performance reviews or evaluations, handbook acknowledgements, contracts, photographs, audio or video recordings, correspondence, payroll information and discipline information for Alfonzo Williams.

*See e.g.* Doc. 48-1.  Williams challenges the subpoenas on the grounds that:

> These subpoenas are not limited in scope or time, and seek all records related to Williams' pre-incident employment relationships with his

>former employers. Moreover, these subpoenas seek information that is not relevant to any claim or defense of any party, not reasonably calculated to lead to the discovery of admissible evidence, overly broad, unduly burdensome, and invade the privacy rights of Williams.

Doc. 47 at 1-2.   Williams also seeks a protective order (doc. 47) in the event Southern Haulers has already issued these subpoenas and obtained any employment records from prior, current or prospective third-party employers.

It is  **ORDERED** that Southern Haulers **SHOW CAUSE** in writing by **no later than May 8, 2012**, why Williams' motion to quash ought not to be granted and the requested protective order issued, at which time the Court will take the motion under submission.

**DONE** this  24th  day of April, 2012.

>/s/ Katherine P. Nelson
**KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE**